```
UNITED STATES DISTRICT COURT
  MIDDLE DISTRICT OF TENNESSEE
       NASHVILLE DIVISION
```

LUIS CASTANON                    ]
    Plaintiff,                   ]
                                 ]
v.                               ]     No. 3:11-0875
                                 ]     Judge Trauger
VICTOR S.(TORRY) JOHNSON, III    ]
    Defendant.                   ]

**O R D E R**

The Court has before it defendant's Motion to Dismiss (Docket Entry No.24), a Report and Recommendation (Docket Entry No.28) from the Magistrate Judge recommending that the motion be granted, and plaintiff's timely objections (Docket Entry No.31) to the Report and Recommendation.

In accordance with the Memorandum contemporaneously entered, the Court has reviewed these pleadings and the complaint *de novo* and finds that the plaintiff's objections lack merit. Therefore, the plaintiff's objections are OVERRULED. The Report and Recommendation is ADOPTED AND APPROVED in all respects. Defendant's Motion to Dismiss is GRANTED and this action is hereby DISMISSED.

It is so ORDERED.

_____
Aleta A. Trauger
United States District Judge